

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00799-CV

**IN THE INTEREST OF L.C.M., A CHILD**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-067
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's brief was due January 18, 2023. On January 17, 2023, appellee filed a motion requesting a thirty-day extension of time to file her brief. After consideration, we **grant** the motion and **order** the brief due by **February 17, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court